OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

1/23/2015

FEIST, HERBERT HERMAN    Tr. Ct. No. 39295-N

WR-12,375-22

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY -
TDC #
P. O. BOX 26007                          U TF
BEAUMONT, TX  77720

02 1M
0004279596
$ 00.26⁵
JAN 29 2015
MAILED FROM ZIP CODE 78701
PRESORTED FIRST CLASS
UNITED STATES POSTAGE
PITNEY BOWES